# UNITED STATES BANKRUPTCY COURT
### *for the*
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Laurie Ann Harms ,<br>        Debtor(s). | Case No.: 20–41442 |
| | Chapter: 13 |
| The Bank of New York Mellon ,<br>        Plaintiff(s) | Adversary No. 20–04046 |
| vs. | |
| Dale Harms et al.,<br>        Defendant(s). | |

## ORDER AND NOTICE OF MISSING DOCUMENTS
## OR UNPAID FEES IN ADVERSARY PROCEEDING

According to the court's records, at the time of filing the complaint on 10/19/20, it appears that the above–named Plaintiff(s) did not file the required documents or, if applicable, pay the appropriate filing fee as indicated below:

☑ Adversary Cover Sheet

☐ Failure to Pay Filing Fee of $350.00

☐ Other:

IT IS ORDERED that the Plaintiff(s) file the documents and/or pay the required filing fee within fourteen (14) days. Failure to comply within 14 days could result in the complaint being dismissed for lack of prosecution.

Dated: <u>10/20/20</u>                    By the Court:

William J. Lafferty
United States Bankruptcy Judge