# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: lblue | Date Created: 10/20/2020 |
| Case: 20–04046 | Form ID: NMDAP | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft      Dale Harms      400 Del Antico Ave., #1211      Oakley, CA 94561
dft      Laurie Ann Harms      400 Del Antico Ave., #1211      Oakley, CA 94561
ust      Office of the U.S. Trustee/Oak      Office of the United States Trustee      Phillip J. Burton Federal Building      450 Golden Gate Ave. 5th Fl., #05–0153      San Francisco, CA 94102

TOTAL: 3