# United States Bankruptcy Court

### NORTHERN DISTRICT OF CALIFORNIA

In re                                                                     Bankruptcy Case No.20-41442-WJL

Laurie Harms
Dale Harms                                             **Debtor**

The Bank of New York Mellon, fka The Bank of New York    **Plaintiff**
As trustee For The Certificateholders of Cwalt,Inc.
Alternative Loan Trust 2005-27,Mortgage Pass-
Through Certificates Series 2005-27

                                                                     Adversary Proceeding No.20-4046-WJL

                                                                  **Defendant**

Laurie Harms
Dale Harms

## NOTICE OF STATUS CONFERENCE IN A CASE REMOVED TO BANKRUPTCY COURT

YOU ARE NOTIFIED that a status conference of the case removed to the bankruptcy court will be held at the following time and place.

| Address | Room |
|---|---|
| United States Bankruptcy Court Oakland Division<br>1300 Clay Street., Suite 300<br>Oakland, CA 94612 | Video-Teleconference |
| | **Date and Time**<br>12/30/2020 @ 10:30AM |

Counsel for the removing party shall serve a copy of this notice on opposing counsel within ten (10) days and file a proof of service with the court.

                                                                            Edward Emmons
                                                                            *Clerk of the Court*

October 20,2020                                                          By : /s/ La Keska Blue
      *Date*                                                                            *Deputy Clerk*