DALE HARMS
400 Del Antico Ave., #1211
Oakley, California 94561
Defendant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND COURTHOUSE

**THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-27, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-27,**

    **Plaintiff,**
  vs.

**DALE HARMS, LAURIE HARMS; and DOES 1-5 inclusive,**

    **Defendants.**

ADV.: 20-04046 WJL
BK: 20-41442 WJL 13
Case No.: **PS19-0160**

DECLARATION OF DALE HARMS IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO OPPOSE, MOVE, OR OTHERWISE REPLY

Date: November 25, 2020

Time: 10:30 a.m.
Ctrm: 220
1300 Clay Street, 2nd Floor
Oakland, CA 94612

## DECLARATION OF DALE HARMS

  I, Dale Harms, a Defendant in the above captioned case, declare the following to be true of my own personal knowledge, and if called to testify, I could and would competently testify thereto.

1. On or about October 27, 2020 the Plaintiff filed its Motion for Remand.
2. Defendant didn't actually receive his copy of the Motion until November 9, 2020.

*DECLARATION OF DALE HARMS IN SUPPORT OF APPLICATION*
*FOR EXTENSION OF TIME TO OPPOSE, MOVE, OR OTHERWISE REPLY*

–1–

Case: 20-04046　Doc# 17　Filed: 11/23/20　Entered: 11/23/20 10:41:04　Page 1 of 2

3. Defendant cannot get into the local law library to do the research he needs to do, to properly oppose the Plaintiff's motion. The law library, like the court, doesn't allow him the exemptions to wearing face coverings in the building.

4. Defendant has a Petition for Review to the California Supreme Court that is due on November 30, 2020, which is taking up a lot of Defendant's time, and has left little time to prepare his Opposition to the Plaintiff's Motion for Remand.

5. With no access to the law library, it is making it difficult to get any pleadings done on time. Defendant however believes he can have his opposition in by the very latest Tuesday November 24, 2020.

6. Because Defendant is so focused on his Petition for Review he lost track of time, and forgot about filing his opposition, until he realized he missed the deadline, and was completely surprised. Defendant is filing this Application for an Extension just a soon as humanly possible.

7. Defendant prays to the court for excusable neglect, harmless error, inadvertance, and mistake in this matter, as he is a layman, doing the best he can with the resources he has available, during these crazy times.

8. Defendant believes under the circumstances, no one will be prejudiced by this late filing, the Plaintiff should still be allowed the procedural amount of time to reply, and, if needed, the hearing moved accordingly a few days.

9. Defendant will electronically serve, his Opposition on the Plaintiff's counsel probably by 5:00 PM Monday November 23, 2020, pursuant to the State Emergency Rule 12(b)(1), as Defendant assumes there is also a similar rule in the Federal Courts regarding COVID-19.

10. Defendant will also probably file his Opposition with the Court by 5:00 PM Monday November 23, 2020.

The above statements are true of my personal knowledge, and are made under penalty of perjury under the laws of the state of California, and under the laws of the United States.

Dated: November 23, 2020

*Dale Harms*

Dale Harms

*DECLARATION OF DALE HARMS IN SUPPORT OF APPLICATION*
*FOR EXTENSION OF TIME TO OPPOSE, MOVE, OR OTHERWISE REPLY*

–2–