1 | CHERYL C. ROUSE (State Bar No. 118313)
NORMAN P. BAHLERT (State Bar No. 135693)
2 | LAW OFFICES OF ROUSE & BAHLERT
1246 18th Street
3 | San Francisco, CA 94107
Tel (415) 575-9444
4 | Fax (415) 575-9440
rblaw@ix.netcom.com

Attorneys for Movant/Plaintiff
NGC Fund I LLC, a Delaware
Limited Liability Company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>LAURIE ANN HARMS,<br><br>Debtor.<br>_____<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE-HOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-27, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-27, and NGC FUND I LLC,<br><br>Plaintiffs,<br>v.<br><br>DALE HARMS, LAURIE HARMS, and DOES 1-5 inclusive,<br><br>Defendants.<br>_____ | Case No.: 20-41442<br>Chapter 13<br><br><br>Adv.Pro.No. 20-04046<br><br>**CERTIFICATE OF SERVICE OF PROPOSED ORDER REMANDING REMOVED UNLAWFUL DETAINER ACTION, CASE NUMBER PS 19-0160, TO THE SUPERIOR COURT, COUNTY OF CONTRA COSTA**<br><br>Date: November 25, 2020<br>Time: 10:30 a.m.<br>Ctrm: 220<br>1300 Clay Street, 2nd Floor<br>Oakland, CA 94612 |

Case Name: <u>The Bank of New York Mellon et al. v.Harms</u>
Case No.: 20-04046

# PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             ) ss
COUNTY OF SAN FRANCISCO      )

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of SAN FRANCISCO. I am over the age of eighteen (18) years and not a party to the within action. My business address is: LAW OFFICES OF ROUSE & BAHLERT, 1246 18th Street, San Francisco, California 94107. On November 25, 2020, I served the within documents:

**(Proposed) ORDER REMANDING REMOVED UNLAWFUL DETAINER ACTION, CASE NUMBER PS 19-0160, TO THE SUPERIOR COURT, COUNTY OF CONTRA COSTA**

__X__   by U.S. First Class Mail on the parties so designated by placing a true copy thereof enclosed in a sealed envelope with postage therein fully prepaid in the United States mail at San Francisco, California, addressed as follows:

**SEE SERVICE LIST ATTACHED**

_____   by personally delivering via Black Dog Delivery Service the documents(s) listed above to the person(s) at the address(es) set forth below.

_____   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

EXECUTED ON November 25, 2020 at SAN FRANCISCO, California.

__X__  (State)     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__  (Federal)   I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

                                  <u>/s/ Cheryl C. Rouse</u>
                                  CHERYL C. ROUSE

Case Name: In re Laurie Ann Harms
Case No.: 20-41442

**SERVICE SERVICE LIST**

**Defendant**
Laurie Ann Harms
400 Del Antico Avenue
#1211
Oakley, CA 94561

**Defendant**
Dale Harms
930 West Cypress Road
Oakley, CA 94561