United States Bankruptcy Court
Northern District of California

The Bank of New York Mellon,
    Plaintiff      Adv. Proc. No. 20-04046-WJL

Harms,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0971-4 | User: dsondheim | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Nov 30, 2020 | Form ID: pdfeoapc | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Dale Harms, 400 Del Antico Ave., #1211, Oakley, CA 94561-5658 |
| dft | + | Laurie Harms, 400 Del Antico Ave., #1211, Oakley, CA 94561-5658 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2020      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cheryl C. Rouse | |
| | on behalf of Plaintiff NGC Fund I LLC rblaw@ix.netcom.com |

TOTAL: 1



1  CHERYL C. ROUSE
   (State Bar No. 118313)
2  NORMAN P. BAHLERT
   (State Bar No. 135693)
3  LAW OFFICES OF ROUSE
   & BAHLERT
4  1246 18th Street
   San Francisco, CA 94107
5  Tel (415) 575-9444
   Fax (415) 575-9440
6  rblaw@ix.netcom.com

The following constitutes the order of the Court.
Signed: November 26, 2020

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

7  Attorneys for Movant/Plaintiff
   NGC Fund I LLC, a Delaware
8  Limited Liability Company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

LAURIE ANN HARMS,

Debtor.
_____

THE BANK OF NEW YORK MELLON
FKA THE BANK OF NEW YORK, AS
TRUSTEE FOR THE CERTIFICATE-
HOLDERS OF CWALT, INC.
ALTERNATIVE LOAN TRUST
2005-27, MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2005-27, and
NGC FUND I LLC,

          Plaintiffs,
v.

DALE HARMS, LAURIE HARMS, and DOES
1-5 inclusive,

          Defendants.
_____

Case No.: 20-41442
Chapter 13

Adv.Pro.No. 20-04046

**ORDER REMANDING REMOVED
UNLAWFUL DETAINER ACTION,
CASE NUMBER PS 19-0160, TO
THE SUPERIOR COURT, COUNTY
OF CONTRA COSTA**

[Held via telephone conference]

Date:  November 25, 2020
Time:  10:30 a.m.
Ctrm:  220
1300 Clay Street, 2nd Floor
Oakland, CA 94612

The motion of NGC Fund I LLC, a Delaware Limited Liability Company, Movant herein, for an order remanding this case back to the Superior Court of the State of California,

1

County of Contra Costa, pursuant to 28 U.S.C. §1452(b), 28 U.S.C.§1447(c) and F.R.B.P Rule 9027(d), came on regularly for hearing on November 25, 2020 at 10:30 a.m. before the Honorable William J. Lafferty in Courtroom 220 of the United States Bankruptcy Court, located at 1300 Clay Street, 2nd Floor, Oakland, California. Said hearing was conducted by telephone.

Movant appeared through counsel Cheryl C. Rouse of the Law Offices of Rouse & Bahlert. Defendants Laurie Ann Harms and Dale Harms appeared in pro per.

NOW THEREFORE, the Court, having duly considered the papers and pleadings on file herein, the arguments of counsel and of Mr. and Ms. Harms, and being fully advised therein and finding good cause therefor;

IT IS HEREBY ORDERED that, for the reasons stated on the record, the motion is granted. The court hereby remands the unlawful detainer action entitled *The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate holders of CWALT, Inc. Alternative Loan Trust 2005-27, Mortgage Pass-Through Certificates Series 2005-27 v. Dale Harms, Laurie Harms and Does 1 through 5,* Case No. PS 19-0160, to the Superior Court of the State of California, County of Contra Costa.

** END OF ORDER **

**COURT SERVICE LIST**

Defendant
Laurie Ann Harms
400 Del Antico Avenue #1211
Oakley, CA 94561

Defendant
Dale Harms
400 Del Antico Avenue #1211
Oakley, CA 94561

3