

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons
Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA   94102
Phone: (415) 268-2300

12/3/20

Superior Court
County of Contra Costa
725 Court St.
Martinez, CA 94553

Re:    Transmittal of Remand Order: **The Bank of New York Mellon et al v. Harms/ Adv. 20-4046, Judge William J. Lafferty, III**

Dear Clerk:

We are transmitting the following documents to your court for the above referenced matter:

X    Certified Copy of Order Remanding
X    Docket Report
X    Court's Certificate of Mailing

If you have any questions, please contact me *at*  **408-278-7566**.

                                                   Sincerely,

                                                   Edward J. Emmons
                                                 Clerk of Court

By:   Tom Prorok
        **Tom Prorok, Deputy Clerk**