UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  ) Case No. 20-41442 -WJL
)
Laurie Ann Harms ) Chapter 13
)
            Debtor. )
_____)
The Bank of New York Mellon, *As Trustee For* )
*The Certificateholders Of Cwalt, Inc.* ) Adv. Proc. No. 20-4046- WJL
*Alternative Loan Trust 2005-27, Mortgage* )
*Pass-Through Certificates Series 2005-27* )
and  NGC Fund I LLC )
            Plaintiff, )
v. )
)
Dale Harms, Laurie Harms

            Defendant.
_____

## COURT CERTIFICATE OF MAILING

    I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served the following document(s):

1) Certified Copy of `Order Remanding Removed Unlawful Detainer Action, Case Number PS 19-0160, to the Superior Court, County of Contra Costa;`

2) Copy of the docket report;

3) Transmittal letter; and

4) Court Certificate of Mailing.

    In the performance of my duties as such clerk, I served a copy of the foregoing document(s) by depositing in the regular United States mail at ENTER CITY, California on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below:

Superior Court
County of Contra Costa
725 Court St.
Martinez, CA 94553

Dated:  12/3/20                               Tom Prorok
                                                  Tom Prorok, Deputy Clerk