UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ) | Case No. 20-41442 -WJL |
| ) | |
| Laurie Ann Harms ) | Chapter 13 |
| ) | |
| Debtor. ) | |
| ) | |
| The Bank of New York Mellon, *As Trustee For* ) | |
| *The Certificateholders Of Cwalt, Inc.* ) | Adv. Proc. No. 20-4046- WJL |
| *Alternative Loan Trust 2005-27, Mortgage* ) | |
| *Pass-Through Certificates Series 2005-27* ) | |
| and NGC Fund I LLC ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Dale Harms, Laurie Harms | |
| Defendant. | |

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served the following document(s):

1) Certified Copy of Order Remanding Removed Unlawful Detainer Action, Case Number PS 19-0160, to the Superior Court, County of Contra Costa;

2) Copy of the docket report;

3) Transmittal letter; and

4) Court Certificate of Mailing.

In the performance of my duties as such clerk, I served a copy of the foregoing document(s) by depositing in the regular United States mail at San Jose, California on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below:

Superior Court
County of Contra Costa
725 Court St.
Martinez, CA 94553

Dated: 12/3/20          _Tom Prorok_____
                        Tom Prorok, Deputy Clerk